## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Shonna Heuer Schroeder,                              Civil No. 11-2362 (DWF/FLN)

      Plaintiff,

v.                                                                           **ORDER FOR DISMISSAL
                                                                           WITH PREJUDICE**

Nelson, Watson & Associates, LLC,

      Defendant.

---

Thomas J. Lyons, Esq., Lyons Law Firm, P.A., counsel for Plaintiff.

Michael A. Klutho, Esq., Bassford Remele, PA, counsel for Defendant.

---

      Based upon the parties' Stipulation of Dismissal With Prejudice filed on November 3, 2011 (Doc. No. [5]),

      **IT IS HEREBY ORDERED** that all claims asserted by Plaintiff in the above-entitled action are **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements or attorney fees to any party.


Dated:  November 4, 2011             s/Donovan W. Frank
                                                         DONOVAN W. FRANK
                                                         United States District Judge